UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>14-20873-CR-LENARD(s)</u>
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)



UNITED STATES OF AMERICA,

v.

PHILIP SMITH CALIXTE,

    **Defendant.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about August 2, 2014, through on or about September 16, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards and social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 2

On or about September 16, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit card numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 3

On or about September 16, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

did knowingly, and with intent to defraud, traffic in, have custody and control of, and possess device-making equipment, that is, one (1) credit card encoder/reader device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## COUNT 4

On or about January 22, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit card numbers and social security numbers issued to other persons, said

conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 5

On or about September 4, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, debit cards and social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and debit card ending in 8408 of "W.H.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 6

On or about September 16, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PHILIP SMITH CALIXTE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, debit card numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 2, did knowingly

transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and debit card ending in 0901 of "T.H.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **PHILIP SMITH CALIXTE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JAMIE R. GALVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 14-20873-CR-LENARD(s) |
|---|---|---|
| vs. | | |
| PHILIP SMITH CALIXTE, | **CERTIFICATE OF TRIAL ATTORNEY*** | |
| Defendant. _____/ | **Superseding Case Information:** | |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ___ No X |
|---|---|---|---|---|---|
| x | Miami | ___ | Key West | Number of New Defendants | ___ |
| ___ | FTL | ___ | WPB ___ FTP | Total number of counts | 6 |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | x | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | x |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes:
   Judge: _____  Case No. **14-20873-CR-LENARD**
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of January 22, 2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  x  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  x  No

_____
JAMIE R. GALVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501896

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** PHILIP SMITH CALIXTE

**Case No:** 14-20873-CR-LENARD(s)

Count #: 1

Use of One or More Unauthorized Access Devices to Obtain Anything of Value Aggregating $1,000 or More

Title 18, United States Code, Sections 1029(a)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Counts #: 2 & 4

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years of Imprisonment

Count #: 3

Possession of Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

**\*Max. Penalty:** 15 Years of Imprisonment

Counts #: 5–6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**