UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20873-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP SMITH CALIXTE,

    Defendant.

_____/

**FEDERAL PUBLIC DEFENDER'S MOTION TO
WITHDRAW AS COUNSEL AND REQUEST FOR HEARING**

    Undersigned counsel respectfully moves for a leave to withdraw as counsel and request for a hearing.

    1.    Undersigned counsel has met with the defendant on several occasions. On the first occasion, counsel explain the charges, the potential penalties and the difference between trial and change of plea. Based on our conversations, counsel communicated to the assistant United States attorney that Mr. Calixte desire to change his plea from not guilty to guilty.

    2.    Shortly thereafter, when counsel attempted to explain to Mr. Calixte the terms of the plea agreement and the factual proper, Mr. Calixte grew annoyed and upset.

    3.    On every occasion there after, and through communications with Mr. Calixte's family, undersigned counsel's attempts to communicate have been unsuccessful. At this time, undersigned counsel does not believe she has any ability

to successfully communicate with Mr. Calixte, nor can she effectively advise him regarding plea or trial.

    4.    Furthermore, counsel has received word from Mr. Calixte that he seeks new counsel.

WHEREFORE, undersign counsel respectfully request a hearing with Mr. Calixte present in order to address this matter and possibly appoint new counsel.

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:   /s/ Celeste S. Higgins
       Assistant Federal Public Defender
       Florida Bar No.: 909718
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 533-4185
       Fax: (305) 536-4559
       E-mail: **celeste_higgins@fd.org**

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Celeste S. Higgins